UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARINA LaFLEUR, and ) <br> THERESA CROY, individually and ) <br> on behalf of all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DOLLAR TREE STORES, INC., d/b/a ) <br> DOLLAR TREE and d/b/a DEALS, ) <br> ) <br> Defendant. ) | Case No.: 1:11-cv-04132 <br><br> Honorable Judge Aspen <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs MARINA LaFLEUR and THERESA CROY, by and through their attorneys, the undersigned Counsel of record, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice, against the Defendant.

Dated: August 8, 2011

Respectfully submitted,

FOOTE, MEYERS, MIELKE & FLOWERS, LLC

/s/Robert M. Foote
Robert M. Foote, Esq. (#03124325)
Matthew J. Herman, Esq. (#06237297)
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
3 North Second Street, Suite 300
Saint Charles, IL 60174
Telephone: (630) 232-6333
Facsimile: (630) 845-8982

Cathleen A. Potter , Esq. (#06274154)
The Law Office of Cathleen Potter
387 Colonial Circle
Geneva, IL 60134
Phone: (630) 232-8449

1

Kathleen C. Chavez, Esq. (#6255735)
CHAVEZ LAW FIRM, P.C.
3 North Second Street
Suite 300
Saint Charles, IL 60174
Telephone: (630) 232-4480
Facsimile: (630) 845-8982

Peter L. Currie, Esq. (#06281711)
THE LAW FIRM OF PETER L. CURRIE, P.C.
22 West Washington Street
Suite 1500
Chicago, Illinois, 60602
Telephone: (630) 862-1130
Facsimile: (630) 845-8982

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2011, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                 /s/ Robert M. Foote